

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00280-CR

---

RAYMUNDO JAVIER ORTIZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 222nd District Court
Deaf Smith County, Texas
Trial Court No. CR-2024A-010, Honorable Roland D. Saul, Presiding

---

March 30, 2026

## ORDER OF ABATEMENT AND REMAND

### Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Raymundo Javier Ortiz, appeals his conviction for murder[1] and sentence to ninety-nine years of confinement. Appellant's appointed counsel has moved to withdraw from the appeal, asserting that potential issues may create a conflict of interest between the Panhandle Area Public Defender's office and Appellant.

---

[1] *See* TEX. PENAL CODE § 19.02.

Because the trial court is responsible for appointing counsel to represent indigent defendants in criminal cases, as well as relieving or replacing appointed counsel, we abate the appeal, suspend all appellate deadlines, and remand the cause to the trial court to rule on Appellant's motion to withdraw. *See* TEX. CODE CRIM. PROC. ANN. arts. 1.051(d), 26.04(j)(2). Upon remand, the trial court shall determine (1) whether Appellant still desires to prosecute the appeal; (2) whether to grant Appellant's counsel's motion to withdraw; and (3) if the motion to withdraw is granted, whether Appellant is indigent and entitled to appointment of new counsel.

If the trial court grants the motion to withdraw and appoints Appellant new counsel; the name, address, email address, phone number, and State Bar number of any newly appointed counsel shall be included in the court's findings. The trial court may also enter such orders necessary to address the aforementioned questions. The trial court's findings and any orders issued shall be included in a supplemental clerk's record to be filed with this Court by April 29, 2026.

It is so ordered.

Per Curiam

Do not publish.